Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

In Re:                                §
Regina Ann Johnston                   §   Case No. 13-70352-hdh-13
                                      §   Chapter 13
        Debtor                        §

### DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtor, by counsel, and for this Motion states as follows:

1. Debtor filed for relief under Chapter 13 in the Northern District of Texas. This is a core proceeding.

2. Debtor was a debtor in a prior case during the preceding year. To-wit: Chapter 13, Case No. 11-70383-HDH-13 filed on September 20, 2011.

3. Debtor seeks an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtor's prior case was dismissed for: Failure to make payments. Debtor had back surgery and fell behind with her trustee's payment of $322.00 in June 2013. At that same time, her child support was not consistent. She accumulated medical debt that she could not pay.

5. The following changes of circumstances demonstrate that the Debtor can perform this plan and are likely to complete the case successfully: Debtor's payment decreased to $272.00, due to owing less on her vehicle. Debtor and her son are receiving $2,128.00 from Social Security and she is receiving regular monthly child support payments of $681.24.

WHEREFORE, Debtor requests this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

Respectfully submitted,

/s/Monte J. White, Attorney for Debtor

## CERTIFICATE OF CONFERENCE

On September 20, 2013, the Office of Monte J. White & Associates, PC, contacted Marc McBeath, Counsel for the Chapter 13 Trustee and was advised that the Trustee does not oppose the motion.

/s/Monte J. White, Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on September 24, 2013, on all parties on the mailing matrix:

/s/Monte J. White, Attorney for Debtor

| | | |
|---|---|---|
| Arlington Medical Hospital<br>800 W. Randol Mill Rd<br>Arlington, TX 76012 | First National Bank<br>PO Box 937<br>Killeen, TX 76540 | TXU Electric<br>PO Box 650393<br>Dallas, TX 75265 |
| Baylor Health Care System<br>3500 Gaston Ave<br>Dallas, TX 75246 | First Source/Texas Health Arling<br>1232 W State Rd #2<br>La Porte, IN 46350 | Unique National Collection/Publ<br>119 E Maple St<br>Jeffersonville, IN 47130 |
| Bill's Automotive<br>4901 Southwest Parkway<br>Wichita Falls, TX 76310-3218 | IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | United Regional<br>Attn: Billing Dept.<br>1600 11th Street<br>Wichita Falls, TX 76301 |
| Clinics of North Texas<br>PO Box 97547<br>Wichita Falls, TX 76307-7547 | Kell West Regional Hospital<br>5420 Kell West Blvd<br>Wichita Falls, TX 76310 | Verizon Wireless<br>Verizon Wireless Department/Att<br>PO Box 3397<br>Bloomington, IL 61702 |
| Consumer Portfolio Svc<br>Attn: Bankruptcy<br>16355 Laguna Canyon Rd<br>Irvine, CA 92618 | Kenwood Financial Services<br>1209 Orange Court<br>Wilmington, DE 19801 | World Finance<br>928 Indiana<br>Wichita Falls, TX 76301 |
| Dept of Education/Nelnet<br>121 S 13th St<br>Lincoln, NE 68508 | Merrick Bank<br>PO Box 23356<br>Pittsburg, PA 15222 | |
| Dr. Danny Bartel<br>1722 9th St<br>Wichita Falls, TX 76301 | Pinnacle Anesthesia Consultants<br>13601 Preston Road, Ste 900W<br>Dallas, TX 75240 | |
| Edfncl Svcs/nthea<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922 | Radiology Associates<br>808 Brook Avenue<br>Wichita Falls, Texas 76301-4289 | |
| Executive Services<br>PO Box 2248<br>Wichita Falls, TX 76307 | RJM Acquistion LLC/Scholastic<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | |
| First Convenience Bank<br>PO Box 937<br>Killeen, TX 765400937 | Santander Consumer Usa<br>8585 N Stemmons Fwy Ste 1100-n<br>Dallas, TX 75247 | |