Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| In Re: | § | Chapter 13 |
|---|---|---|
|  | § | Case No. 13-70352-hdh-13 |
| Regina Ann Johnston | § | |
|  | § | |
|  | § | |

MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING

1. Regina Ann Johnston hereby requests that a hearing be set regarding the Debtor's Motion to Extend Automatic Stay not later than October 16, 2013. Hearing by such date is necessary because 30-deadline to hear motion.

2. A hearing was not requested earlier because case filed on September 24, 2013.

3. Notice of proposed expedited hearing will be provided to all interested parties on the mailing matrix by Debtor and will be sufficient because Notice can be made immediately by ECF and/or regular mail

Respectfully submitted,

/s/Monte J. White, Attorney for Debtor

CERTIFICATE OF CONFERENCE

On September 20, 2013, the office of Monte J. White & Associates, P.C. contacted Marc McBeath, counsel for the Chapter 13 Trustee, who does not oppose the Motion for Setting and Request for Expedited Hearing.

/s/Monte J. White, Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 24, 2013, a true and correct copy of the Motion for Setting and Request for Expedited Hearing was served on all parties on the mailing matrix by ECF and/or regular mail.

/s/Monte J. White, Attorney for Debtor

Debtor(s): **Regina Ann Johnston**  Case No:  **NORTHERN DISTRICT OF TEXAS**
Chapter: **13**  **WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| Arlington Medical Hospital<br>800 W. Randol Mill Rd<br>Arlington, TX 76012 | First National Bank<br>PO Box 937<br>Killeen, TX 76540 | TXU Electric<br>PO Box 650393<br>Dallas, TX 75265 |
| Baylor Health Care System<br>3500 Gaston Ave<br>Dallas, TX 75246 | First Source/Texas Health Arlin<br>1232 W State Rd #2<br>La Porte, IN 46350 | Unique National Collection/Publ<br>119 E Maple St<br>Jeffersonville, IN 47130 |
| Bill's Automotive<br>4901 Southwest Parkway<br>Wichita Falls, TX 76310-3218 | IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | United Regional<br>Attn: Billing Dept.<br>1600 11th Street<br>Wichita Falls, TX 76301 |
| Clinics of North Texas<br>PO Box 97547<br>Wichita Falls, TX 76307-7547 | Kell West Regional Hospital<br>5420 Kell West Blvd<br>Wichita Falls, TX 76310 | Verizon Wireless<br>Verizon Wireless Department/Att<br>PO Box 3397<br>Bloomington, IL 61702 |
| Consumer Portfolio Svc<br>Attn: Bankruptcy<br>16355 Laguna Canyon Rd<br>Irvine, CA 92618 | Kenwood Financial Services<br>1209 Orange Court<br>Wilmington, DE 19801 | World Finance<br>928 Indiana<br>Wichita Falls, TX 76301 |
| Dept of Education/Nelnet<br>121 S 13th St<br>Lincoln, NE 68508 | Merrick Bank<br>PO Box 23356<br>Pittsburg, PA 15222 | |
| Dr. Danny Bartel<br>1722 9th St<br>Wichita Falls, TX 76301 | Pinnacle Anesthesia Consultants<br>13601 Preston Road, Ste 900W<br>Dallas, TX 75240 | |
| Edfncl Svcs/nthea<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922 | Radiology Associates<br>808 Brook Avenue<br>Wichita Falls, Texas 76301-4289 | |
| Executive Services<br>PO Box 2248<br>Wichita Falls, TX 76307 | RJM Acquistion LLC/Scholastic<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | |
| First Convenience Bank<br>PO Box 937<br>Killeen, TX 765400937 | Santander Consumer Usa<br>8585 N Stemmons Fwy Ste 1100-n<br>Dallas, TX 75247 | |