Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CHAPTER 13 |
| Regina Ann Johnston | § |
| | § CASE NO. 13-70352-hdh-13 |
| | § |
| | § |

CERTIFICATE OF CONFERENCE

On September 24, 2013, the Law Office of Monte J. White & Associates, P.C., contacted all secured creditors in the above-referenced case, as listed below, regarding the Motion to Extend Automatic Stay and the Motion for Setting and Request for Expedited Hearing. All secured creditors indicated that they do not oppose the Expedited Hearing.

/s/Larry Reed Lewis
Attorney for Debtor

Bill's Automotive
4901 Southwest Parkway
Wichita Falls, TX 76310-3218