Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Regina Ann Johnston | § | CASE NO. 13-70352-hdh-13 |
| | § | |
| DEBTOR | § | Hearing on October 16, 2013 |
| | § | 10:00 AM |

NOTICE OF HEARING ON
DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Regina Ann Johnston, Debtors, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Debtor's Motion to Extend Automatic Stay is set before the Honorable Judge Harlin D. Hale, at 10:00 o'clock A M, October 16, 2013, in the United States Bankruptcy Court, Room 222, 1000 Lamar, Wichita Falls, Texas 76301.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certified that on September 25, 2013, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White,
Attorney for Debtor

Debtor(s): **Regina Ann Johnston**     Case No:     **NORTHERN DISTRICT OF TEXAS**
Chapter: **13**     **WICHITA FALLS DIVISION**

Arlington Medical Hospital
800 W. Randol Mill Rd
Arlington, TX 76012

First National Bank
PO Box 937
Killeen, TX 76540

TXU Electric
PO Box 650393
Dallas, TX 75265

Baylor Health Care System
3500 Gaston Ave
Dallas, TX 75246

First Source/Texas Health Arlin
1232 W State Rd #2
La Porte, IN 46350

Unique National Collection/Publ
119 E Maple St
Jeffersonville, IN 47130

Bill's Automotive
4901 Southwest Parkway
Wichita Falls, TX 76310-3218

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

United Regional
Attn: Billing Dept.
1600 11th Street
Wichita Falls, TX 76301

Clinics of North Texas
PO Box 97547
Wichita Falls, TX 76307-7547

Kell West Regional Hospital
5420 Kell West Blvd
Wichita Falls, TX 76310

Verizon Wireless
Verizon Wireless Department/Att
PO Box 3397
Bloomington, IL 61702

Consumer Portfolio Svc
Attn: Bankruptcy
16355 Laguna Canyon Rd
Irvine, CA 92618

Kenwood Financial Services
1209 Orange Court
Wilmington, DE 19801

World Finance
928 Indiana
Wichita Falls, TX 76301

Dept of Education/Nelnet
121 S 13th St
Lincoln, NE 68508

Merrick Bank
PO Box 23356
Pittsburg, PA 15222

Dr. Danny Bartel
1722 9th St
Wichita Falls, TX 76301

Pinnacle Anesthesia Consultants
13601 Preston Road, Ste 900W
Dallas, TX 75240

Edfncl Svcs/nthea
120 N Seven Oaks Dr
Knoxville, TN 37922

Radiology Associates
808 Brook Avenue
Wichita Falls, Texas 76301-4289

Executive Services
PO Box 2248
Wichita Falls, TX 76307

RJM Acquistion LLC/Scholastic
575 Underhill Blvd Ste 2
Syosset, NY 11791

First Convenience Bank
PO Box 937
Killeen, TX 765400937

Santander Consumer Usa
8585 N Stemmons Fwy Ste 1100-n
Dallas, TX 75247