B9I (Official Form 9I) (Chapter 13 Case) (12/12)                                                    Case Number **13–70352–hdh13**

| UNITED STATES BANKRUPTCY COURT Northern District of Texas |
|---|

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 9/24/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Regina Ann Johnston
2944 Cunningham
Wichita Falls, TX 76308

| Case Number:<br>13–70352–hdh13 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–4159 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301<br>Telephone number:  (940) 723–0099 | Bankruptcy Trustee (name and address):<br>Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424<br>Telephone number:  806–748–1980 |

## Meeting of Creditors

Date:  **October 28, 2013**                                    Time:  **01:00 PM**
Location:  **US Courthouse, Room 208, 10th & Lamar St., Wichita Falls, TX 76301**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit):  **1/27/14**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has not filed a plan as of this date. You will be sent separate notice of the hearing on confirmation of the plan.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242–1496<br>Telephone number:  214–753–2000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Tawana C. Marshall |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 4:30 PM | Date:  9/25/13 |

# EXPLANATIONS

**B9I (Official Form 9I) (12/12)**

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be filed online at the Bankruptcy Court's Website:(http://www.txnb.uscourts.gov) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

| |
|---|
| |

United States Bankruptcy Court
Northern District of Texas

In re:                                                                    Case No. 13-70352-hdh
Regina Ann Johnston                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-7          User: pbibbs          Page 1 of 2          Date Rcvd: Sep 25, 2013
                             Form ID: b9i           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2013.
db          +Regina Ann Johnston,    2944 Cunningham,    Wichita Falls, TX 76308-4104
tr          +Walter 12,13 OCheskey,    6308 Iola Avenue,    Lubbock, TX 79424-2735
15705572    +Baylor Health Care System,    3500 Gaston Ave,    Dallas, TX 75246-2088
15705573     Bills Automotive,    4901 Southwest Parkway,    Wichita Falls, TX 76310-3218
15705574     Clinics of North Texas,    PO Box 97547,    Wichita Falls, TX 76307-7547
15705577    +Dr. Danny Bartel,    1722 9th St,    Wichita Falls, TX 76301-5003
15705578    +Edfncl Svcs-nthea,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
15705579    +Executive Services,    PO Box 2248,    Wichita Falls, TX 76307-2248
15705582    +First Source-Texas Health Arlington,    1232 W State Rd No. 2,    La Porte, IN 46350-5469
15705584     Kell West Regional Hospital,    5420 Kell West Blvd,    Wichita Falls, TX 76310
15705585    +Kenwood Financial Services,    1209 Orange Court,    Wilmington, DE 19801-1120
15705587    +Pinnacle Anesthesia Consultants,    13601 Preston Road, Ste 900W,    Dallas, TX 75240-4908
15705588     Radiology Associates,    808 Brook Avenue,    Wichita Falls, Texas 76301-4289
15705592    +Unique National Collection-Public Librar,    119 E Maple St,    Jeffersonville, IN 47130-3439
15705593    +United Regional,    Attn: Billing Dept.,    1600 11th Street,    Wichita Falls, TX 76301-4388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: legal@montejwhite.com Sep 25 2013 22:31:18     Monte J. White,
             Monte J. White & Associates, P.C.,    1106 Brook Avenue,    Hamilton Place,
             Wichita Falls, TX 76301
15705571    +EDI: TEXASHEALTH.COM Sep 25 2013 22:13:00     Arlington Medical Hospital,    800 W. Randol Mill Rd,
             Arlington, TX 76012-2504
15705575    +E-mail/Text: bankruptcy@consumerportfolio.com Sep 25 2013 22:33:38     Consumer Portfolio Svc,
             Attn: Bankruptcy,    16355 Laguna Canyon Rd,    Irvine, CA 92618-3801
15705576    +E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2013 22:34:42     Dept of Education-Nelnet,
             121 S 13th St,    Lincoln, NE 68508-1904
15705580     E-mail/Text: TIMMIE.EADS@1STNB.COM Sep 25 2013 22:33:41     First Convenience Bank,    PO Box 937,
             Killeen, TX 765400937
15705581    +E-mail/Text: TIMMIE.EADS@1STNB.COM Sep 25 2013 22:33:41     First National Bank,    PO Box 937,
             Killeen, TX 76540-0937
15705583     EDI: IRS.COM Sep 25 2013 22:13:00     IRS Special Procedures,    1100 Commerce St., Room 951,
             Mail Stop 5029 DAL,    Dallas, TX 75246
15705586    +EDI: MERRICKBANK.COM Sep 25 2013 22:13:00     Merrick Bank,    PO Box 23356,
             Pittsburg, PA 15222-6356
15705589    +EDI: PHINRJMA.COM Sep 25 2013 22:13:00     RJM Acquistion LLC-Scholastic,
             575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
15705590    +EDI: DRIV.COM Sep 25 2013 22:13:00     Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-n,
             Dallas, TX 75247-3822
15705591    +E-mail/Text: txu_legal_collections@txu.com Sep 25 2013 22:35:00     TXU Electric,    PO Box 650393,
             Dallas, TX 75265-0393
15705594    +EDI: AFNIVZWIRE.COM Sep 25 2013 22:13:00     Verizon Wireless,
             Verizon Wireless Department-Attn: Bankru,    PO Box 3397,    Bloomington, IL 61702-3397
15705595    +E-mail/PDF: bk@worldacceptance.com Sep 25 2013 22:38:10     World Finance,    928 Indiana,
             Wichita Falls, TX 76301-6789
                                                                                          TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0539-7          User: pbibbs              Page 2 of 2              Date Rcvd: Sep 25, 2013
                              Form ID: b9i              Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2013 at the address(es) listed below:

        Monte J. White   on behalf of Debtor Regina Ann Johnston legal@montejwhite.com,
         mjwhiteoffice@gmail.com
        United States Trustee   ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
        Walter 12,13 OCheskey   cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                         TOTAL: 3